1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
RYAN JOSEPH CONLAN

6

7

**FILED**

JUN - 1 2005

CLERK, U.S. DISTRICT COURT
STERN DISTRICT OF CALIFO.
Y

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,        ) No. CR. S-04-0198 GEB
                                    )
13 |                 Plaintiff,      )
                                    ) **STIPULATION AND ORDER**
14 |       v.                        ) **SCHEDULING MOTIONS**
                                    )
15 | RYAN JOSEPH CONLAN,             )
                                    ) Date:   June 10, 2004
16 |                 Defendant.      ) Time:   9:00 a.m.
                                    ) Judge:  Hon. Garland E. Burrell, Jr.
17 | _____ )

18

19       IT IS HEREBY STIPULATED AND AGREED between plaintiff United States

20 of America, and defendant, Ryan Joseph Conlan, through their respective

21 attorneys, that the schedule set for briefing and hearing of pretrial

22 motions may be amended as follows.

23       Memoranda supporting defendant's pretrial motions shall be filed by

24 May 13, 2005.

25       Opposition to the motions, if any, shall be filed by June 17, 2005.

26       A reply brief shall be filed by June 24, 2005.

27       Hearing on the motion shall be held July 8, 2005.  If the Court

28 finds it necessary to hear evidence in order to rule upon the motion, an

1 │ evidentiary hearing shall be scheduled for a later date and time.

2 │     The parties stipulate and agree that, because defendant has on April

3 │ 18, 2005, filed a motion to suppress evidence, time within which the

4 │ trial of this matter must be commenced under the Speedy Trial Act is

5 │ automatically excluded from the computation of time, beginning from the

6 │ filing of the motion through resolution of that motion pursuant to 18

7 │ U.S.C. § 3161(h)(1)(F).

8 │                                 Respectfully submitted,

9 │                                 QUIN DENVIR
  │                                 Federal Defender
10 │

11 │ Dated: April 18, 2005           /s/ T. Zindel
   │                                 TIMOTHY ZINDEL
12 │                                 Assistant Federal Defender
   │                                 Attorney for RYAN JOSEPH CONLAN
13 │

14 │                                 McGREGOR SCOTT
   │                                 United States Attorney
15 │

16 │ Dated: April 19, 2005      By:   /s/ Samuel Wong
   │                                 SAMUEL WONG
17 │                                 Assistant U.S. Attorney

18 │                                 - - - - -

19 │                           O R D E R

20 │     The Court having received, read, and considered the stipulation of

21 │ the parties, and good cause appearing therefrom,

22 │     The Court hereby adopts the stipulation of the parties in its

23 │ entirety as the Court's Order.

24 │     IT IS SO ORDERED.

25 │

26 │ Dated: May 31, 2005

27 │                                 HON. GARLAND E. BURRELL, JR.
   │                                 United States District Judge

28 │