```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    RYAN JOSEPH CONLAN
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR. S-04-0198 GEB |
| ) | |
| Plaintiff, ) | **UNOPPOSED MOTION TO EXONERATE** |
| v. ) | **BOND; ORDER (PROPOSED)** |
| ) | |
| RYAN JOSEPH CONLAN, ) | (No hearing requested) |
| Defendant. ) | |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

On July 14, 2004, the court set bail for defendant, Ryan Conlan, in the amount of $150,000, secured by a deed of trust to property in Alturas owned by Mr. Conlan and his mother and by an appearance bond signed by defendant's father.

On May 18, 2005, the magistrate judge ordered Mr. Conlan detained after a pretrial release violation.  Mr. Conlan is now in custody of the U.S. Marshal at Sacramento County Jail pending resolution of this case.

Because he is now in custody, he asks that the bond securing his release be exonerated and that real property securing the bond be

reconveyed.  Counsel for the United States has advised defense counsel that the government does not object to this order exonerating bond.

A proposed order is attached for the Court's convenience.

>                                  Respectfully submitted,
>
>                                  QUIN DENVIR
>                                  Federal Defender

Dated:  June 22, 2005             /s/ T. Zindel
                                  TIMOTHY ZINDEL
                                  Assistant Federal Defender
                                  Attorney for RYAN CONLAN


**O R D E R**

The bond in the above case is exonerated.  The Clerk of the Court shall immediately reconvey to its owners the real property pledged to secure the bond.

IT IS SO ORDERED.

Dated:  June 23, 2005

>                                  /s/ Garland E. Burrell, Jr.
>                                  GARLAND E. BURRELL, JR.
>                                  United States District Judge

2