**FILED**

AUG 2 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:04-cr-0198-GEB |
| Plaintiff, | |
| v. | CASE REASSIGNMENT ORDER |
| RYAN CONLAN, | |
| Defendant. | |

    Since this case and another criminal case are scheduled for trial before me at about the same time, I have ascertained whether United States District Judge Edward J. Garcia is available to try this case. Judge Garcia has indicated he is willing to preside over the trial of this case. Therefore, I request that this case be reassigned to Judge Garcia pursuant to Local Rule, Appendix A(f)(1).

DATED: August 26, 2005

GARLAND E. BURRELL, JR.
United States District Judge

1

I accept this reassignment. If the reassignment is approved by the Chief Judge, all documents thereafter filed shall be denominated 2:04-cr-0198-EJG.

Further, all dates presently set before Judge Burrell are vacated from his calendar and reset before the undersigned judge with the following modification. The trial presently set to commence at 9:00 a.m. on September 13, 2005, shall be re-set to commence at 9:00 a.m. on September 12, 2005, in Courtroom 8.

DATED: 8/26/05

EDWARD J. GARCIA
United States District Judge

The reassignment of this case to Judge Garcia is approved. The Clerk of the Court shall make appropriate adjustments in the assignment of criminal cases to reflect this reassignment.

DATED: 8/26/2005

DAVID F. LEVI
Chief United States District Judge