```
FILED
October 27, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )   Case No. CR.S-04-0198-EJG
            Plaintiff,       )
                             )
v.                           )   ORDER FOR RELEASE OF
                             )   PERSON IN CUSTODY
RYAN JOSEPH CONLAN,          )
                             )
            Defendant.       )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RYAN JOSEPH CONLAN, Case No. CR.S-04-0198-EJG, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of $_____

  __ Unsecured Appearance Bond

  __ Appearance Bond with 10% Deposit

  __ Appearance Bond with Surety

  __ Corporate Surety Bail Bond

✓ (Other)   Release to 3rd Party Custody and Special Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 27, 2005  at  2:25 p.m.  .

                                    By   /s/ Peter A. Nowinski
                                         Peter A. Nowinski
                                         United States Magistrate Judge