```
QUIN DENVIR, Bar #49374
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RYAN JOSEPH CONLAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-04-0198 EJG |
| Plaintiff, ) | |
| v. ) | **UNOPPOSED MOTION TO EXONERATE BOND; ORDER** |
| RYAN JOSEPH CONLAN, ) | |
| Defendant. ) | Date: No hearing requested |
| ) | Judge: Hon. Edward J. Garcia |

On October 27, 2005, Magistrate Judge Nowinski set bail for Mr. Conlan in the amount of $100,000 secured by a deed of trust to his mother's property and ordered Mr. Conlan released to attend his grandfather's funeral. On October 31, 2005, Mr. Conlan surrendered himself to the Marshal as Judge Nowinski had ordered. On November 18, 2005, this Court entered judgment and sentence and Mr. Conlan is now in custody of the Bureau of Prisons.

/////

/////

/////

/////

Mr. Conlan moves the Court to exonerate the $100,000 bond secured by real property located at Black Quartz Way, Murphys, California, and for an order directing the Clerk of the Court to reconvey that property to its owners, Steven and Therese May.

    Respectfully submitted,

    QUIN DENVIR
    Federal Defender

Dated: November 18, 2005    /s/ T. Zindel
    TIMOTHY ZINDEL
    Assistant Federal Defender
    Attorney for Ryan Conlan

**O R D E R**

The motion to exonerate bond is granted and bond is exonerated. The Clerk is directed to reconvey the posted property at Black Quartz Way, Murphys, California, to Steven and Therese May.

IT IS SO ORDERED.

Dated: November 18, 2005    /s/ Edward J. Garcia
    HON. EDWARD J. GARCIA
    United States District Judge

2