UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**

FILED

SEP - 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

Honorable Edward J. Garcia
United States District Judge
Sacramento, California

        **RE:**   **Ryan Joseph CONLAN**
               **Docket Number:   2:04CR00198-01**
               **PERMISSION TO TRAVEL**
               <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Kiev, Ukraine. He is being supervised by the Northern District of California. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On November 18, 2005, Mr. Conlan was sentenced for the offense of 21 USC 841(a)(1) - Manufacture of Marijuana.

**Sentence imposed:** 60 months Bureau of Prisons; 48 month term of supervised release; $100 special assessment. Special conditions include: Submit to search; Participate in drug/alcohol treatment; Participate in drug/alcohol testing; Participate in mental health treatment; Aftercare co-payment; Register as a drug offender; and DNA collection.

**Dates and Mode of Travel:** September 24, 2010 through October 11, 2010. He will be flying Delta Airlines.

**Purpose:** To participate in a consular interview and to meet his fiancee's extended family.

**RE:** Ryan Joseph CONLAN
Docket Number: 2:04CR00198-01
<u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

Respectfully Submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

**DATED:** September 2, 2010
Sacramento, California
TMO/cp

**REVIEWED BY:** /s/Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ✓                                    Disapproved _____

_9/2/10_                                      _[signature]_
**Date**                                      **EDWARD J. GARCIA**
                                              **Senior United States District Judge**